# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CAROLYN D. FLANAGAN  
P.O. BOX 7565  
ROCKFORD, IL 61125  

SSN-xxx-xx-1684

Case Number: 07-72285

Case filed on: 9/25/2007  
Plan Confirmed on: 12/19/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan: $8,913.74         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ATTORNEY AMY SILVESTRI | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | BUDGET COUNSELORS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | C.B.U.S.A. INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | CREDITORS PROTECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | FULBRIGHT & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | LAW OFFICES OF PETER FRANCIS GERACI | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | HERBERT GREENE, ATTORNEY AT LAW | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CITY OF DETROIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 29,721.37 | 29,721.37 | 4,179.24 | 0.00 |
|  | Total Priority | 29,721.37 | 29,721.37 | 4,179.24 | 0.00 |
| 999 | CAROLYN D. FLANAGAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | GRESTY'S AUTO SALE | 3,995.00 | 3,995.00 | 3,891.02 | 186.76 |
| 050 | AARONS RENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 3,995.00 | 3,995.00 | 3,891.02 | 186.76 |
| 003 | INTERNAL REVENUE SERVICE | 9,783.91 | 978.39 | 0.00 | 0.00 |
| 004 | AAA COMMUNITY FINANCE | 5,723.40 | 572.34 | 0.00 | 0.00 |
| 005 | AAA COMMUNITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ACE AMERICA'S CASH EXPR | 1,796.00 | 179.60 | 0.00 | 0.00 |
| 007 | ADVANCE CASH EXPRESS | 900.00 | 90.00 | 0.00 | 0.00 |
| 008 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALL CRDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ALLIANT ENERGY/SBWG & E | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | AMERICASH LOANS LLC | 4,754.00 | 475.40 | 0.00 | 0.00 |
| 014 | ARMY AIRFORCE EXCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CASH 2 GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CASH ASAP #317 | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CASH LOAN STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | CBA | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CERTEGY CHECK SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CHARTER | 347.69 | 34.77 | 0.00 | 0.00 |
| 027 | CITY OF DETROIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ENCORE RECEVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ENHANCED RECOVERY CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | FIRST BANK OF DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ILLNOIS TITLE LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | MERCHANTS ACCEPTANCE INC | 1,658.40 | 165.84 | 0.00 | 0.00 |
| 038 | MUTUAL MANAGEMENT SERVICES | 156.25 | 15.62 | 0.00 | 0.00 |
| 039 | NAFS | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | NCO FINANCIAL SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | RONALD FLANAGAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | SANDRA THEW & ROBERT SONNESON | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | T-MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | COTTONWOOD FINANCIAL | 1,723.49 | 172.35 | 0.00 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 048 | TITLE CASH OF ILLINOIS INC | 1,542.83 | 154.28 | 0.00 | 0.00 |
| 049 | WAYNE COUNTY PROSECUTING, ATTY. | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | MICHELLE BAXA | 5,901.04 | 590.10 | 0.00 | 0.00 |
| 053 | CB USA INC | 269.00 | 26.90 | 0.00 | 0.00 |
| 054 | AAA COMMUNITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | AAFES/MIL STAR/EXCHANGE | 6,900.77 | 690.08 | 0.00 | 0.00 |
| | Total Unsecured | 41,456.78 | 4,145.67 | 0.00 | 0.00 |
| | Grand Total: | 75,173.15 | 37,862.04 | 8,070.26 | 186.76 |

Total Paid Claimant:      $8,257.02
Trustee Allowance:        $656.72
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008　　　　　　　　By  /s/Heather M. Fagan